**Order entered October 29, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01164-CV

### IN RE GREYHOUND LINES, INC., FIRSTGROUP AMERICA, AND DWAYNE GARRETT, Relators

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-13-05789-C**

## ORDER

Based on the Court's opinion of this date, we **DENY** the petition for writ of mandamus.

We **ORDER** relators to bear the costs of this original proceeding.

/s/　　ADA BROWN
　　　　JUSTICE